IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STARDAE MOSLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOVEREIGN STAFFING GROUP, ) <br> INC., and WAL-MART ) <br> FULFILLMENT SERVICES, LLC. ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 1:21-cv-01479-JPB-LTW |

**DEFENDANT SOVEREIGN STAFFING GROUP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant Sovereign Staffing Group, Inc. ("Defendant" or "Sovereign Staffing"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, submits this Certificate of Interested Persons and Corporate Disclosure statement, stating as follows:

(1) The undersigned counsel of record for Defendant Sovereign Staffing certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiff Stardae Mosley;

   b. Defendant Sovereign Staffing Group, Inc.

    c. Defendant WalMart Fulfillment Services, LLC ("Walmart")[1]

    d. Walmart Inc. (WMT)

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None for Sovereign Staffing.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. Walmart:    Chandra C. Davis
    Hee Won Choi
    The Employment Law Solution
    McFadden Davis, LLC
    800 Mt. Vernon Highway, N.E., Suite 410
    Atlanta, GA 30328

    b. Sovereign Staffing:    Tracie Johnson Maurer
    Lauren F. Gordon
    JACKSON LEWIS P.C.
    171 17th Street, NW, Suite 1200
    Atlanta, Georgia 30363

    c. Plaintiff:    V. Severin Roberts
    Barrett & Farahany
    1100 Peachtree St, N.E., Suite 500
    Atlanta, GA 30309

---

[1] As noted in Defendant Wal-Mart Fulfillment Services, LLC's Answer, the correct spelling of its name is "Walmart Fulfillment Services, LLC."

Respectfully submitted this 18th day of June, 2021.

>JACKSON LEWIS P.C.
>*/s/ Tracie Johnson Maurer*
>Tracie Johnson Maurer
>Georgia Bar No. 395670
>Tracie.Maurer@jacksonlewis.com
>Lauren F. Gordon
>Georgia Bar No. 557058
>Lauren.Gordon@jacksonlewis.com
>JACKSON LEWIS P.C.
>171 17th Street, N.W., Suite 1200
>Atlanta, GA 30363
>Telephone: (404) 525-8200
>
>ATTORNEYS FOR DEFENDANT
>SOVEREIGN STAFFING

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| STARDAE MOSLEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SOVEREIGN STAFFING GROUP, )<br>INC., and WAL-MART )<br>FULFILLMENT SERVICES, LLC. )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>1:21-cv-01479-JPB-LTW |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2021, I electronically filed the foregoing **DEFENDANT SOVEREIGN STAFFING GROUP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the NextGen system, which automatically serves all counsel of record.

*/s/ Tracie Johnson Maurer*
Tracie Johnson Maurer
Georgia Bar No. 395670