# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STARDAE MOSLEY,<br><br>    Plaintiff,<br><br>v.<br><br>SOVEREIGN STAFFING GROUP INC., and WAL-MART FULFILLMENT SERVICES, LLC,<br><br>    Defendants. | Civil Action No.<br>1:21-cv-01479-JPB-RGV<br><br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Stardae Mosley and Defendants Sovereign Staffing Group, Inc., and Wal-Mart Fulfillment Services, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.

*[Signatures on following page.]*

1

Respectfully submitted this 1st day of April, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
*Attorney for Plaintiff*
P.O Box 530092
Atlanta, GA 30353-0092
(404) 214-0120

**THE EMPLOYMENT LAW SOLUTION MCFADDEN DAVIS, LLC**

s/ *Chandra C. Davis*
Chandra C. Davis
Georgia Bar No. 141801
*Attorney for Defendant Wal-Mart*
800 Mt. Vernon Hwy., NE, Suite 410
Atlanta, GA 30328
(678) 424-1380

**JACKSON LEWIS, LLP**
*s/Tracie Maurer*
Tracie Maurer
Georgia Bar No. 395670.
*Attorney for Defendant Sovereign Staffing*
171 17th St., NW, Suite 1200
Atlanta, Georgia 30363
(404) 586-1873

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| STARDAE MOSLEY,<br><br>  Plaintiff,<br><br>v.<br><br>SOVEREIGN STAFFING GROUP, INC., and WAL-MART FULFILLMENT SERVICES, LLC,<br><br>  Defendants. | Civil Action No.<br>1:21-cv-01479-JPB-RGV<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing ***Joint Stipulation of Dismissal*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Respectfully submitted this 1st day of April, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3